

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2002

# USA v. Montano-Betancourt

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3155

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Montano-Betancourt" (2002). *2002 Decisions*. Paper 364.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/364

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 01-3155
_____


UNITED STATES OF AMERICA

v.

JOSE HENRY MONTANO-BETANCOURT,
                                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Criminal No. 99-cr-00209-02
(Honorable John C. Lifland)
_____


Submitted Pursuant to Third Circuit LAR 34.1(a)
April 22, 2002

Before:  SCIRICA, RENDELL and NOONAN*, Circuit Judges

(Filed June 14, 2002)



*The Honorable John T. Noonan, Jr., United States Circuit Judge for the Ninth
Judicial Circuit, sitting by designation.


_____

OPINION OF THE COURT
_____


SCIRICA, Circuit Judge.

        This is a sentencing appeal.  Defendant Jose Henry Montano-Betancourt, who
pled guilty to conspiring to import heroin, contends the District Court erred in sentencing
him under U.S.S.G.  2D1.1(c).  Montano-Betancourt contends the District Court should
not have held him accountable for the full 1.78 kilograms of heroin seized in Ecuador.
Our review is for clear error.  United States v. Gibbs, 190 F.3d 188, 197 (3d Cir. 1999),
cert. denied, 120 S. Ct. 969 (2000).  Here, two DEA reports (Government Exhibits 1 and
2) stated that the weight of the heroin seized was 1.78 kilograms and that the couriers
intercepted carrying this heroin intended to deliver all the contraband to one contact (an
undercover agent) in the United States.   Montano-Betancourt was actively engaged in
the transportation of this 1.78 kilograms of heroin from Ecuador.  He managed the drug

couriers involved and provided them with funds for travel expenses.  Thus, the District Court did not clearly err in sentencing the defendant for more than one kilogram of heroin under U.S.S.G.   2D1.1(c).

For these reasons, the judgment of conviction and sentence will be affirmed.

TO THE CLERK:

Please file the foregoing opinion.


/s/ Anthony J. S

Circuit Judge